# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN LLOYD LEE,<br><br>    Defendant. | Case No. 2:04-cr-00366-LDG (PAL)<br><br>**ORDER** |

The defendant, Steven Lloyd Lee, has filed a letter asking the Court to reconsider the sentence this Court imposed in Case No. 2:04-cr-505-LDG.  In the 2:04-cr-505-LDG matter, the Court revoked the defendant's supervised release and imposed a two-year sentence to be served consecutive to the sentence imposed in this matter.  The sentencing for both matters occurred on September 12, 2005.  The judgments in both matters have been final for nearly five years, and thus any petition to amend either sentence is untimely.  Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's letter seeking reconsideration of his sentence in 2:04-cr-505-LDG is DENIED.

DATED this ____ day of August, 2010.

_____
Lloyd D. George
United States District Judge