# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN LLOYD LEE,<br><br>    Defendant. | Case No. 2:04-cr-00366-LDG (PAL)<br><br>**ORDER** |

The defendant, Steven Lloyd Lee, has filed a letter with the Court asking the court to reconsider the Court's denial of his prior letter requesting reconsideration of a sentence imposed in another matter. The present motion for reconsideration is without merit. Accordingly,

THE COURT **ORDERS** that Defendant's letter seeking reconsideration of the Court's denial of Defendant's prior letter requesting reconsideration of a sentence in another matter (#43) is DENIED.

DATED this ____ day of December, 2011.

_____
Lloyd D. George
United States District Judge